856

No. 288. SKINNER ET AL. v. DOW CHEMICAL CO. C. A. 6th Cir. Certiorari denied. *William H. Parmelee* and *Leo T. Wolford* for petitioners. *Clarence B. Zewadski* for respondent.

No. 324. ORTMAN, SPECIAL ADMINISTRATOR, v. SMITH ET AL. C. A. 8th Cir. Certiorari denied. *Tom Kirby* for petitioner. *M. T. Woods* for respondents.

No. 123. KAISER-FRAZER CORPORATION v. OTIS & CO. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *John W. Davis, Mark F. Hughes, George Edward Cotter* and *Helmer R. Johnson* for petitioner. *Abe Fortas* and *Milton V. Freeman* for respondent.

No. 227. CREEK NATION v. McGHEE ET AL.;
No. 247. UNITED STATES v. McGHEE ET AL.;
No. 245. UNITED STATES v. THOMPSON ET AL.; and
No. 246. UNITED STATES v. RISLING ET AL. Court of Claims. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *Paul M. Niebell* for the Creek Nation. *Solicitor General Perlman* for the United States. *Claude Pepper* for respondents in Nos. 227 and 247. *Francis M. Goodwin, Sam Clammer, John W. Preston, Frederic A. Baker* and *Mr. Niebell* for respondents in No. 245. *Reginald E. Foster, Thurman Arnold* and *Walton Hamilton* for respondents in No. 246. Reported below: 122 Ct. Cl. 380, 348, 419.

No. 240. CRUMMER COMPANY ET AL. v. DuPONT ET AL., TRUSTEES, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or deci-